

Picked up docs 3/2

# LIBERTY TRAVEL
## America's Vacation Experts

LIBERTY TRAVEL BEL AIR
698 Bel Air Road Suite J-20 (Harford Mall), Bel Air, MD 21014  Ph: 1-410-420-6351  Fax: 1-410-420-6381
LIBERTY TRAVEL

## INVOICE/STATEMENT

MS JENNIFER LEIGH KAPLAN  
PO BOX 472  
ABINGDON 21009

Date: 11 FEB 16

Your Consultant is: LAURIE KAUFFER

| | |
|---|---|
| Origin: BWI | Date Of Travel: 11 MAR 16 |
| Destination: ARUBA | No. Passengers: 2 |
| Airline: SOUTHWEST | Booking ref: LT/73411M |

*Airfare/Tour/Accommodation Details:*                                  *Amount*

\*\*\*\*\* NAME(S) AS PER VALID PASSPORT(S) \*\*\*\*\*  
Jennifer Leigh Kaplan 7/30/1968  
Shannon Leigh Jones 4/11/1977

Airfare                                                                    $963.32  
11MAR16 WN1804 BWI 8:45am AUA 2:20pm  
16MAR16 WN1805 AUA 2:30pm BWI 7:15pm

\*\*\* CALYPSO PACKAGE BOOKING #73504K \*\*\*  
11MAR2016   TRANSFER  
A Seat In Vehicle Transfer (Confirmed)         LT/7S464P  
For 2 adults, 0 child, 0 infant  
Provided by:    DE PALM TOURS N.V.  
                L.G. Smith Blvd. 142  
                Oranjestad  
                Aruba Dutch  
                CARIBBEAN    TEL: 2975224400

                                                  297 586 4900

11MAR2016   ACCOMMODATION  
JUNIOR SUITE OCEANVIEW - Alnc-RIU 2 Week Sale-AIR REQ  
(Freesold)  
                RIU PALACE ARUBA  
                J.E. Irausquin Boulevard 79  
                Palm Beach  
                ARUBA    TEL: 297 586 3900  
In a 2 adults, 0 child, 0 infant room  
For 5 nights  In 11MAR2016   Out 16MAR2016

Checkout 12:00

16MAR2016  TRANSFER
A Seat In Vehicle Transfer (Confirmed)
For 2 adults, 0 child, 0 infant
Provided by:    DE PALM TOURS N.V.
                L.G. Smith Blvd. 142
                Oranjestad
                Aruba Dutch
                CARIBBEAN   TEL: 2975224400

Total Package Price:                                                    $2768.00
Referral discount.                                                      $-200.00

Insurance
Travel Insurance has been offered and declined by
passenger.
Signed Disclaimer required.

Cancellation penalties could be 100% of total trip cost.

Thank you for allowing me the opportunity to assist
with Your travel plans. We wish you well on your trip.

Regards
LAURIE KAUFFER
BEL AIR

**Total Price Including surcharges, taxes and fees***

| | |
|---|---:|
| Quoted Price: | $ 3,531.32 |
| Amount paid by cash: | $ 0.00 |
| Amount paid by credit card: | $ 1,063.32 |
| Amount Due: | $ 2,468.00 |
| Date Due: | 13 FEB 16 |

*IMPORTANT ADDITIONAL INFORMATION REGARDING YOUR BOOKING
You must not accept any booking unless you understand and agree with the following terms and conditions.

EMERGENCY 24/7 SUPPORT: Liberty Travel provides 24/7 Emergency Support services to our customers. For emergencies within 24 hours of departure or while you are travelling; if you are within the US please call toll-free 888-634-7702. Outside the US, please call 1-201-661-9587.

BAGGAGE FEES: Additional fees for baggage may apply. Please contact your airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit www.libertytravel.com/flights/baggage-fees.jsp for more information.

TRAVEL AGENT: FC USA Inc dba Liberty Travel (or any of its affiliated entities) (Liberty Travel) acts as a travel agent only. We sell various travel related products on behalf of numerous transport and accommodation service providers, including, but not limited to airlines, coach, rail, cruise line operators and hotels. Liberty Travel does not own, operate, manage or control these independent suppliers of services and is not liable for their acts or omissions. Liberty Travel's obligations to you are to make travel bookings on your behalf and to arrange relevant contracts between you and the travel service providers. We have no responsibility for these services, nor do we have the authority to make any warranty or representation regarding their standard. A request cannot be guaranteed. All bookings are subject to the terms and conditions and limitations of liability imposed by these travel service providers. You understand that your legal recourse is against the specific provider not Liberty Travel.

IMPORTANT CONDITIONS: Prices are subject to increase prior to the time you make full payment. Prices are not subject to increase after you make full payment, except for charges resulting from increases in government-imposed taxes or fees. By signing below, you expressly acknowledge your acceptance of these conditions (i.e. increases before full payment and increases attributable to government-imposed taxes or fees after full payment will be your responsibility) applicable to your purchase.

CANCELLATION: Please be aware that most travel bookings are non-refundable and cancelled bookings will incur charges. These

charges can be up to 100% of the cost of the booking, regardless of whether travel has commenced. Where we incur any liability for a cancellation fee or charge for any booking which you cancel, you agree to indemnify us for the amount of that fee or charge.

DEPOSIT AND FINAL PAYMENT: You will be required to pay a minimum deposit of USD$150 per person when booking. The service provider may require further deposits. All deposits are non-refundable. Final payment is required no less than 60 days prior to departure unless otherwise stated. Some airfares or services must be paid in full at the time of booking. Liberty Travel accepts cash, checks, debit card or credit cards (AMEX, Visa, MasterCard, Discover or Diners). Should you wish us to charge your credit card we may require you to read and sign a credit card charge form setout in the receipt.

CREDIT CARD TRANSACTIONS: If for any reason, any travel service provider is unable to provide the services for which you have contracted, your remedy lies against the provider, and not against Liberty Travel and in the event that payment has been made to Liberty Travel by credit card, you agree that you will not seek to chargeback your payment to Liberty Travel. If the credit card is passed through to the travel services provider and you seek to chargeback your payment from the provider, you agree to be held liable and indemnify Liberty Travel against this chargeback from the provider, including without limitation any air debit memos charged to Liberty Travel. If Liberty Travel incurs any costs, including but not limited to attorneys' fees to recover any payments charged back by your credit card company, you agree that you will be liable for these costs. If the credit card is declined, you guarantee that you will settle any amounts owing to Liberty Travel via money order or cash immediately.

TRAVEL INSURANCE: For your protection, we strongly recommend that you purchase trip cancellation and travel accident insurance. However, no representation or description of the insurance made by Liberty Travel to you, constitutes a binding assurance or promise about the insurance. Please complete your travel insurance form, sign it and return it to our store. If you decline travel insurance you will be required to sign a disclaimer/waiver. Liberty Travel is not an insurance company and has no responsibility for the submission, payment or adjustment of any insurance claims. Any insurance claims that may fall under the relevant travel insurance policy must be submitted to the insurance company identified in the policy.

ADDITIONAL FEES: Additional taxes and surcharges that cannot be pre-collected may be charged locally by car rental agencies, hotels or other suppliers.

RESPONSIBILITY: We always do our best to make sure your travel arrangements are satisfactory. However, Liberty Travel and its employees, shareholders, subsidiaries, affiliates, officers, directors, successors, agents, and assigns do not own or operate any entity which provides goods and services for your travel including without limitation, lodging facilities, airline, vessel, motor coach, or other transportation companies, guides or guide services, local ground operators, providers or organizers of optional excursions, food service providers, etc. All such persons and entities are independent contractors and are in no way affiliated to Liberty Travel or any of Liberty Travel's affiliated entities.

LIABILITY: Liberty Travel is not liable for any negligent or willful act or failure to act of any travel service provider or of any third party. In addition and without limitation, Liberty Travel is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name Liberty Travel affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by Liberty Travel in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that Liberty Travel is not liable for any consequential loss or damage.

PASSPORTS: All individuals departing from the United States of America must be in possession of a valid passport. Please check that your passport is valid for 6 months or longer than your intended travel time. It is your responsibility to ensure that you have valid travel documentation, including but not limited to passports and visas, which meet the requirements of immigration and other government authorities at every destination. You are responsible for confirming with the United States Department of State or representative government agency of the country to which you are traveling to confirm the requirements for visas and/or other requirements for admission to your destination. Any fines, penalties, payments or expenditures incurred as a result of such documents not meeting the requirements of those authorities will be your sole responsibility. A government issued ID is required for travel within the USA.

TRAVEL DOCUMENTS: Travel documents including, without limitation, airline tickets, hotel vouchers, tour vouchers or any other document (whether in electronic form or otherwise) used to confirm an arrangement with a service provider. Travel documents may be subject to certain conditions and/or restrictions such as, but not limited to, being non refundable, non-date-changeable, and subject to cancellation and/or amendment fees. Travel documents cannot be transferred to another person to use. All airline tickets must be issued in the name of the passport/photo identity holder. An incorrect name on a booking may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings on your documentation will be your responsibility if not advised at the time of booking.

HEALTH AND SPECIAL REQUIREMENTS: It is your responsibility to ensure you are aware of any health requirements for your travel destinations and to ensure that you carry all necessary vaccination documentation. Please advise your consultant of any special requirements you may have, for example, special meals, medical requirements and so on.

INTERNATIONAL FLIGHTS: Some countries require insecticide spraying of aircraft prior to a flight or while you are on the aircraft. Federal law requires that we refer you to the Department of Transport disinsection website. (http://airconsumer.dot.gov/spray.htm)

REFUSAL OF SERVICE: Service providers reserve the right to refuse service to travelers at their sole discretion and including without limitation if the traveler: oLacks proper documentation for the country of destination; oHas a contagious disease; oIs under the influence of alcohol, drugs or narcotics; and/or oManifests disruptive and/or unruly behavior. Liberty Travel assumes no liability for the acts of the service provider in refusing service.

PRIVACY POLICY: Liberty Travel is committed to protecting the privacy and confidentiality of your personal information. Our Privacy Policy is available for viewing at www.libertytravel.com.

I acknowledge that I understand and agree with the information set out above.

Clients Signature: _[signature]_ Dated: 3/2/16

contract signed



America's Vacation Experts

## LIBERTY TRAVEL BEL AIR
698 Bel Air Road Suite J-20 (Harford Mall), Bel Air, MD 21014  Ph: 1-410-420-6351  Fax: 1-410-420-6381
LIBERTY TRAVEL

# INVOICE/STATEMENT

MS JENNIFER LEIGH KAPLAN  
PO BOX 472  
ABINGDON 21009

Date: 8 MAR 16

Your Consultant is:  LAURIE KAUFFER

| | |
|---|---|
| Origin:        BWI | Date Of Travel:   11 MAR 16 |
| Destination: PUNTA CANA | No. Passengers: 2 |
| Airline:       SOUTHWEST | Booking ref:     LT/75466Z |

*Airfare/Tour/Accommodation Details:*                                                    *Amount*

```
***** NAME(S) AS PER VALID PASSPORT(S) *****
Jennifer Leigh Kaplan 7/31/1968
Shannon Leigh Jones 4/11/1977

Airfare
11MAR16 WN811 BWI 8:40am PUJ 1:40pm                                                     $993.52
16MAR16 WN812 PUJ 1:35pm BWI 5:45pm

*** CALYPSO PACKAGE BOOKING #75466Z ***
11MAR2016   TRANSFER
A Private Transfer ()
For 2 adults, 0 child, 0 infant
Provided by:    OLYMPUS TOURS
                Av.Barcelo
                Plza Paseo Col AP1
                Bavaro-Punta Cana
                DOMINICAN REPUBLIC   TEL: 01 809 831 6003

11MAR2016   ACCOMMODATION
ALLURE JUNIOR SUITE SWIM UP - Ainc-Spring Awakening
Sale-Air Req ()
                BREATHLESS PUNTA CANA RST SPA
                Playas Uvero Alto
                Punta Cana
                DOMINICAN REPUBLIC   TEL: 1 809 551
0000
In a 2 adults, 0 child, 0 infant room
For 5 nights  In 11MAR2016    Out 16MAR2016
Checkout 12:00

16MAR2016   TRANSFER
A Private Transfer ()
For 2 adults, 0 child, 0 infant
```

```
Provided by:    OLYMPUS TOURS
                Av.Barcelo
                Plza Paseo Col AP1
                Bavaro-Punta Cana
                DOMINICAN REPUBLIC    TEL: 01 809 831 6003
```

Total Package Price:                                           $2532.00

```
Insurance
Travel Insurance has been offered and declined by
passenger.
Signed Disclaimer required.

Accommodation
 - NOT REQUIRED -

Transport
 - NOT REQUIRED -

Tour
 - NOT REQUIRED -


Thank you for allowing me the opportunity to assist
with Your travel plans. We wish you well on your trip.

Regards
LAURIE KAUFFER
BEL AIR
```
**Total Price Including surcharges, taxes and fees***

|  |  |
|---|---|
| Quoted Price: | $ 3,525.52 |
| Amount paid by cash: | $ 0.00 |
| Amount paid by credit card: | $ 3,525.52 |
| Amount Due: | $ 0.00 |

*IMPORTANT ADDITIONAL INFORMATION REGARDING YOUR BOOKING
You must not accept any booking unless you understand and agree with the following terms and conditions.

EMERGENCY 24/7 SUPPORT: Liberty Travel provides 24/7 Emergency Support services to our customers. For emergencies within 24 hours of departure or while you are travelling; if you are within the US please call toll-free 888-634-7702. Outside the US, please call 1-201-661-9587.

BAGGAGE FEES: Additional fees for baggage may apply. Please contact your airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit www.libertytravel.com/flights/baggage-fees.jsp for more information.

TRAVEL AGENT: FC USA Inc dba Liberty Travel (or any of its affiliated entities) (Liberty Travel) acts as a travel agent only. We sell various travel related products on behalf of numerous transport and accommodation service providers, including, but not limited to airlines, coach, rail, cruise line operators and hotels. Liberty Travel does not own, operate, manage or control these independent suppliers of services and is not liable for their acts or omissions. Liberty Travel's obligations to you are to make travel bookings on your behalf and to arrange relevant contracts between you and the travel service providers. We have no responsibility for these services, nor do we have the authority to make any warranty or representation regarding their standard. A request cannot be guaranteed. All bookings are subject to the terms and conditions and limitations of liability imposed by these travel service providers. You understand that your legal recourse is against the specific provider not Liberty Travel.

IMPORTANT CONDITIONS: Prices are subject to increase prior to the time you make full payment. Prices are not subject to increase after you make full payment, except for charges resulting from increases in government-imposed taxes or fees. By signing below, you expressly acknowledge your acceptance of these conditions (i.e. increases before full payment and increases attributable to government-imposed taxes or fees after full payment will be your responsibility) applicable to your purchase.

CANCELLATION: Please be aware that most travel bookings are non-refundable and cancelled bookings will incur charges. These charges can be up to 100% of the cost of the booking, regardless of whether travel has commenced. Where we incur any liability for a cancellation fee or charge for any booking which you cancel, you agree to indemnify us for the amount of that fee or charge.

DEPOSIT AND FINAL PAYMENT: You will be required to pay a minimum deposit of USD$150 per person when booking. The service provider may require further deposits. All deposits are non-refundable. Final payment is required no less than 60 days prior to departure unless otherwise stated. Some airfares or services must be paid in full at the time of booking. Liberty Travel accepts

cash, checks, debit card or credit cards (AMEX, Visa, MasterCard, Discover or Diners). Should you wish us to charge your credit card we may require you to read and sign a credit card charge form setout in the receipt.

CREDIT CARD TRANSACTIONS: If for any reason, any travel service provider is unable to provide the services for which you have contracted, your remedy lies against the provider, and not against Liberty Travel and in the event that payment has been made to Liberty Travel by credit card, you agree that you will not seek to chargeback your payment to Liberty Travel. If the credit card is passed through to the travel services provider and you seek to chargeback your payment from the provider, you agree to be held liable and indemnify Liberty Travel against this chargeback from the provider, including without limitation any air debit memos charged to Liberty Travel. If Liberty Travel incurs any costs, including but not limited to attorneys' fees to recover any payments charged back by your credit card company, you agree that you will be liable for these costs. If the credit card is declined, you guarantee that you will settle any amounts owing to Liberty Travel via money order or cash immediately.

TRAVEL INSURANCE: For your protection, we strongly recommend that you purchase trip cancellation and travel accident insurance. However, no representation or description of the insurance made by Liberty Travel to you, constitutes a binding assurance or promise about the insurance. Please complete your travel insurance form, sign it and return it to our store. If you decline travel insurance you will be required to sign a disclaimer/waiver. Liberty Travel is not an insurance company and has no responsibility for the submission, payment or adjustment of any insurance claims. Any insurance claims that may fall under the relevant travel insurance policy must be submitted to the insurance company identified in the policy.

ADDITIONAL FEES: Additional taxes and surcharges that cannot be pre-collected may be charged locally by car rental agencies, hotels or other suppliers.

RESPONSIBILITY: We always do our best to make sure your travel arrangements are satisfactory. However, Liberty Travel and its employees, shareholders, subsidiaries, affiliates, officers, directors, successors, agents, and assigns do not own or operate any entity which provides goods and services for your travel including without limitation, lodging facilities, airline, vessel, motor coach, or other transportation companies, guides or guide services, local ground operators, providers or organizers of optional excursions, food service providers, etc. All such persons and entities are independent contractors and are in no way affiliated to Liberty Travel or any of Liberty Travel's affiliated entities.

LIABILITY: Liberty Travel is not liable for any negligent or willful act or failure to act of any travel service provider or of any third party. In addition and without limitation, Liberty Travel is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name Liberty Travel affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by Liberty Travel in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that Liberty Travel is not liable for any consequential loss or damage.

PASSPORTS: All individuals departing from the United States of America must be in possession of a valid passport. Please check that your passport is valid for 6 months or longer than your intended travel time. It is your responsibility to ensure that you have valid travel documentation, including but not limited to passports and visas, which meet the requirements of immigration and other government authorities at every destination. You are responsible for confirming with the United States Department of State or representative government agency of the country to which you are traveling to confirm the requirements for visas and/or other requirements for admission to your destination. Any fines, penalties, payments or expenditures incurred as a result of such documents not meeting the requirements of those authorities will be your sole responsibility. A government issued ID is required for travel within the USA.

TRAVEL DOCUMENTS: Travel documents including, without limitation, airline tickets, hotel vouchers, tour vouchers or any other document (whether in electronic form or otherwise) used to confirm an arrangement with a service provider. Travel documents may be subject to certain conditions and/or restrictions such as, but not limited to, being non refundable, non-date-changeable, and subject to cancellation and/or amendment fees. Travel documents cannot be transferred to another person to use. All airline tickets must be issued in the name of the passport/photo identity holder. An incorrect name on a booking may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings on your documentation will be your responsibility if not advised at the time of booking.

HEALTH AND SPECIAL REQUIREMENTS: It is your responsibility to ensure you are aware of any health requirements for your travel destinations and to ensure that you carry all necessary vaccination documentation. Please advise your consultant of any special requirements you may have, for example, special meals, medical requirements and so on.

INTERNATIONAL FLIGHTS: Some countries require insecticide spraying of aircraft prior to a flight or while you are on the aircraft. Federal law requires that we refer you to the Department of Transport disinsection website. (http://airconsumer.dot.gov/spray.htm)

REFUSAL OF SERVICE: Service providers reserve the right to refuse service to travelers at their sole discretion and including without limitation if the traveler: oLacks proper documentation for the country of destination; oHas a contagious disease; oIs under the influence of alcohol, drugs or narcotics; and/or oManifests disruptive and/or unruly behavior. Liberty Travel assumes no liability for the acts of the service provider in refusing service.

PRIVACY POLICY: Liberty Travel is committed to protecting the privacy and confidentiality of your personal information. Our Privacy Policy is available for viewing at www.libertytravel.com.

I acknowledge that I understand and agree with the information set out above.

Clients Signature:_____ Dated:_____



Lib/Go Travel, Ramsey USA - FCGP, Sydney Australia

| Itinerary for | MS JENNIFER KAPLAN | Booking | LT/75466Z |
|---|---|---|---|
| | MS SHANNON JONES | Issued | 08 Mar 2016 |

## PREPARED ON BEHALF OF LIBERTY TRAVEL BEL AIR MD

It is our pleasure to provide the following itinerary detailing the travel arrangements made on your behalf. Your travel agent will be happy to answer any questions you may have regarding this itinerary.

Have a safe and enjoyable trip!

## FRI 11 MAR 2016

 **Transfer**

A Private Transfer to your hotel  Confirmed
P/U:WN1811 @ 1:40pm D/O:Breathless Punta Cana
For 2 adults
OLYMPUS TOURS
Av.Barcelo, Plza Paseo Col AP1
Bavaro-Punta Cana
DOMINICAN REPUBLIC                TEL: 01 809 831 6003

OLYMPUS TOURS
RECONFIRMATION
Please reconfirm transfer at least 24 hours prior to transfer departure at 809-831-6003
IMPORTANT INFORMATION

* Flight or hotel DETAILS MUST BE ADVISED AT TIME OF BOOKING. If the operator has not received flight or hotel details within 48 hours of the transfer taking place they will AUTOMATICALLY CANCEL the transfer.
* Infant seats are the travelers' responsibility
* Upon arrival look for the Olympus Tours agent wearing an orange polo shirt located outside the airport building.
* Non-stop transfer to the final destination
* No wait time at the airport
INCLUSIONS
Includes:-

* Driver, no guide
* GPS System control
* Wifi access (Beginning 01JAN15)
Not included:
* Gratuities
ARRIVAL TRANSFER
Airport to Hotel on demand
MEETING POINT

# LIBERTY TRAVEL
## America's Vacation Experts

Lib/Go Travel, Ramsey USA - FCGP, Sydney Australia

| | | | |
|---|---|---|---|
| Itinerary for | MS JENNIFER KAPLAN AND PARTY | Booking | LT/75466Z |
| | | Issued | 08 Mar 2016 |

* Upon arrival look for the Olympus Tours agent wearing an orange polo shirt located counter #39 right past the rental car booths



### Accommodation

An Allure Junior Ste SwimUp Kg  Confirmed
BREATHLESS PUNTA CANA RST SPA
Playas Uvero Alto
Punta Cana
DOMINICAN REPUBLIC   TEL: 1 809 551 0000
   In a Two Adults room
   For 5 nights In: 11 MAR Out: 16 MAR
   Meals Provided:   All-Inclusive
Supplier Reference:   547IWWV0Iq

SPRING AWAKENING SALE
Valid for sale : 23FEB16-31MAR16
Valid for travel: 23FEB16-22DEC16
Includes:-

* Reduced room rates up to 54%, tax and gratuities
* Unlimited luxury service
* Full breakfast, lunch, dinner and snacks each day
* Unlimited top-shelf spirits
* Unlimited fruit juices and soft drinks at 7 lounge areas
* Mini-bar refreshed daily with soft drinks, bottle water and beer
* Concierge desk
* 24 hours room service
* Non-motorized water sports
* live music, entertainment and theme parties
* Pool and beach wait service
* Daily activities
* Fitness center
* Internet access
Conditions:-

* Valid on new bookings only
* Not combinable with any other promotions or special offers 12/24/14 to 04/10/15 ENTIRE DURATION

BLACK FRIDAY/CYBER MONDAY
Valid for sale : 25NOV15-30NOV15
Valid for travel: 01DEC15-30APR16
Includes:-

* Reduced room rates up to 47%, tax and gratuities
* Unlimited luxury service
* Full breakfast, lunch, dinner and snacks each day
* Unlimited top-shelf spirits
* Unlimited fruit juices and soft drinks at 7 lounge areas
* Mini-bar refreshed daily with soft drinks, bottle water and beer
* Concierge desk
* 24 hours room service
* Non-motorized water sports
* live music, entertainment and theme parties
* Pool and beach wait service
* Daily activities
* Fitness center
* Internet access
Conditions:-

* Valid on new bookings only
* Not combinable with any other promotions or special offers 12/24/14 to 04/10/15 ENTIRE DURATION

VALUE ADD OFFER
Valid for travel: 15NOV13-24DEC16

* Includes:-
* USD200.00 RESORT COUPON per room, per stay to be applicable as follows:
- USD100.00 in Spa treatments with two coupons of USD40.00 and 1 coupon of USD20.00 (not valid for Spa products at the Spa Boutique
- USD60.00 for one Romantic Dinner per stay with 1 coupon of USD40.00 and 1 coupon of USD20.00 (not valid for bottle of wine)
- USD40.00 for Bottles of Wine at any of our restaurants with four coupons of USD10.00, one coupon can be applied to one bottle of wine (coupons are not combinable)
Conditions:-

* Resort coupons cannot be applied toward the following items: beauty salon services, spa product purchases, telephone charges, gift shop purchases, boutique purchases, internet service, marina services, dive shop, medical services, car rentals and travel agency services.
* New bookings only
* Resort coupons must be redeemed at the time of reservations or service.
* Resort coupons do not hold any cash or commercial value, are non- refundable and non-transferable.
* They are not applicable for tips, taxes, private functions and/or special events such as Christmas and New Year's Gala dinners.
* Resort coupons are not cummulative and cannot be combined with any other promotions or special offer including, but not limited to spa treatment discounts.
* They are only valid during the original stay and cannot be deducted upon check-out.
* Not combinable with other promotions or special offers unless otherwise indicated in the promotion.

# LIBERTY TRAVEL
## America's Vacation Experts

Lib/Go Travel, Ramsey USA - FCGP, Sydney Australia

| | | | |
|---|---|---|---|
| Itinerary for | MS JENNIFER KAPLAN AND PARTY | Booking | LT/75466Z |
| | | Issued | 08 Mar 2016 |

* This offer is based on availability and can be modified or closed out at any time.
* Not applicable to group bookings.
* Restrictions and blackout dates apply.

## WED 16 MAR 2016

 **Transfer**

A Private Transfer  Confirmed
P/U:Breathless D/O:WN812 @ 1:35pm
For 2 adults
OLYMPUS TOURS

RECONFIRMATION
Please reconfirm transfer at least 24 hours prior to transfer departure at 011 52 809-831-6003
IMPORTANT INFORMATION

* Flight or hotel DETAILS MUST BE ADVISED AT TIME OF BOOKING. If the operator has not received flight or hotel details within 48 hours of the transfer taking place they will AUTOMATICALLY CANCEL the transfer
* Infant seats are the travelers' responsibility
* Upon arrival look for the Olympus Tours agent wearing an orange polo shirt located outside the airport building.
* Non-stop transfer to the final destination
* No wait time at the airport
INCLUSIONS
Includes:
* Driver, no guide
* GPS system control
* Wifi Included (2015 only)
Not included:
* Gratuities
DEPARTURE
On demand
MEETING POINT

* Hotel Lobby

Please review all booking details for accuracy and advise us immediately if any portion of your itinerary is incorrect.

You acknowledge that you have received the terms and conditions issued by us regarding your travel arrangements.



| Itinerary for | MS JENNIFER KAPLAN AND PARTY | Booking | LT/75466Z |
|---|---|---|---|
| | | Issued | 08 Mar 2016 |

Lib/Go Travel, Ramsey USA - FCGP, Sydney Australia

BAGGAGE FEES: Additional fees for baggage may apply. Please contact your airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit www.libertytravel.com/flights/baggage-fees.jsp for more information.

United States citizens are required to have a valid passport to enter or re-enter the USA via airline transportation. Visit HTTP://WWW.TRAVEL.STATE.GOV for information on how to obtain a passport, including forms, fees and how to locate a passport or visa acceptance facility near you. Many destinations require passports to be valid at least 6 months beyond the completion of travel. If you are not a U.S. citizen, check with the consulate of the country to which you are traveling for entry requirements.

Airport Enhanced Security Procedure: 1. Domestic flights must check in at least 2 hours prior to departure. International flights require 3 hours prior to departure. Failure to comply can result in removal of checked baggage. 2. All ticketed passengers including children must present official photo identification issued by a government authority. 3. All luggage must be clearly labeled and clients must be prepared to answer questions about their luggage.

Most properties and vehicle rental/leasing companies require a credit card imprint at check-in. If you do not have a credit card you may be required to pay a cash bond directly to the supplier.

Liberty Travel, and/or their agents and officers and/or suppliers of services pursuant to, or in connection with, these itineraries shall act only as agents for the passengers in making arrangements for hotels, transportation, restaurants, or any other service and do not assume any liability whatsoever for any injury, damage, death, loss, accident or delay to person or property due to an act of negligence of, or default of, any hotel, carrier, restaurant, company or person rendering any of the services included in the tour, or by act of God, or delay due to a sickness, pilferage, labor disputes, machinery breakdown, quarantine, government restraints, weather or other causes beyond their personal control. No responsibility is accepted for any additional expense, omissions, delays, re-routing or acts of any government or authority.

We wish you an enjoyable journey, and thank you for the opportunity to provide your travel arrangements. We look forward to being of service again when you next travel.

HAPPY TRAVELS!